

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

FEB 13 2024

BONNIE HACKLER
Clerk, U.S. District Court
By_____
Deputy Clerk

UNITED STATES OF AMERICA,

    *Plaintiff,*

v.

JORDAN MICHAEL HENSLEY,

    *Defendant.*

Case No. 24 CR -18 RAW

# INDICTMENT

The Federal Grand Jury charges:

### COUNT ONE

### MURDER IN INDIAN COUNTRY
### [18 U.S.C. §§ 1111(a), 1151, & 1153]

On or about October 18, 2023, within the Eastern District of Oklahoma, in Indian country, the defendant, **JORDAN MICHAEL HENSLEY,** an Indian, willfully, deliberately, maliciously, and with premeditation and malice aforethought, did unlawfully kill Victim 1, in violation of Title 18, United States Code, Sections 1111(a), 1151, and 1153.

### COUNT TWO

### MURDER IN INDIAN COUNTRY
### [18 U.S.C. §§ 1111(a), 1151, & 1153]

On or about October 18, 2023, within the Eastern District of Oklahoma, in Indian country, the defendant, **JORDAN MICHAEL HENSLEY,** an Indian, willfully, deliberately, maliciously, and with premeditation and malice aforethought, did unlawfully kill Victim 2, in violation of Title 18, United States Code, Sections 1111(a), 1151, and 1153.

## COUNT THREE

### ASSAULT WITH INTENT TO COMMIT MURDER IN INDIAN COUNTRY
[18 U.S.C. §§ 113(a)(1), 1151, & 1153]

On or about October 18, 2023, within the Eastern District of Oklahoma, in Indian country, the defendant, **JORDAN MICHAEL HENSLEY**, an Indian, did assault Victim 3 with intent to commit murder, to wit: by shooting Victim 3 with a firearm, in violation of Title 18, United States Code, Sections 113(a)(1), 1151, and 1153.

## COUNT FOUR

### ASSAULT WITH A DANGEROUS WEAPON WITH INTENT TO DO BODILY HARM IN INDIAN COUNTRY
[18 U.S.C. §§ 113(a)(3), 1151, & 1153]

On or about October 18, 2023, within the Eastern District of Oklahoma, in Indian country, the defendant, **JORDAN MICHAEL HENSLEY**, an Indian, did assault Victim 3 with a dangerous weapon, with intent to do bodily harm, in violation of Title 18, United States Code, Sections 113(a)(3), 1151, and 1153.

## COUNT FIVE

### USE, CARRY, BRANDISH AND DISCHARGE OF A FIREARM DURING AND IN RELATION TO A CRIME OF VIOLENCE
[18 U.S.C. §§ 924(c)(1)(A)(i), (ii), & (iii)]

On or about October 18, 2023, within the Eastern District of Oklahoma, the defendant, **JORDAN MICHAEL HENSLEY**, did knowingly use, carry, brandish, and discharge a firearm, to wit: a Glock model 48, 9mm caliber pistol bearing serial number BLWG611, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, Murder in Indian Country, as charged in Count One of this Indictment, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i), (ii), and (iii).

## COUNT SIX

### CAUSING THE DEATH OF A PERSON IN THE COURSE OF A VIOLATION OF TITLE 18 U.S.C. § 924(c)
### [18 U.S.C. § 924(j)]

On or about October 18, 2023, within the Eastern District of Oklahoma, the defendant, **JORDAN MICHAEL HENSLEY,** did knowingly use, carry, brandish, and discharge a firearm, to wit, a Glock model 48, 9mm caliber pistol bearing serial number BLWG611, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, Murder in Indian Country, as charged in Count One of this Indictment, and in the course of this violation caused the death of a person through the use of a firearm, which killing is a murder, as defined in Title 18, United States Code, Section 1111, in that the defendant, **JORDAN MICHAEL HENSLEY,** did murder and unlawfully kill Victim 1 with a firearm, in violation of Title 18, United States Code, Section 924(j).

## COUNT SEVEN

### USE, CARRY, BRANDISH AND DISCHARGE OF A FIREARM DURING AND IN RELATION TO A CRIME OF VIOLENCE
### [18 U.S.C. §§ 924(c)(1)(A)(i), (ii), & (iii)]

On or about October 18, 2023, within the Eastern District of Oklahoma, the defendant, **JORDAN MICHAEL HENSLEY,** did knowingly use, carry, brandish, and discharge a firearm, to wit: a Glock model 48, 9mm caliber pistol bearing serial number BLWG611, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, Murder in Indian Country, as charged in Count Two of this Indictment, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i), (ii), and (iii).

## COUNT EIGHT

### CAUSING THE DEATH OF A PERSON IN THE COURSE OF A VIOLATION OF TITLE 18 U.S.C. § 924(c)
### [18 U.S.C. § 924(j)]

On or about October 18, 2023, within the Eastern District of Oklahoma, the defendant, **JORDAN MICHAEL HENSLEY,** did knowingly use, carry, brandish, and discharge a firearm, to wit, a Glock model 48, 9mm caliber pistol bearing serial number BLWG611, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, Murder in Indian Country, as charged in Count Two of this Indictment, and in the course of this violation caused the death of a person through the use of a firearm, which killing is a murder, as defined in Title 18, United States Code, Section 1111, in that the defendant, **JORDAN MICHAEL HENSLEY,** did murder and unlawfully kill Victim 2 with a firearm, in violation of Title 18, United States Code, Section 924(j).

## COUNT NINE

### USE, CARRY, BRANDISH AND DISCHARGE OF A FIREARM DURING AND IN RELATION TO A CRIME OF VIOLENCE
### [18 U.S.C. §§ 924(c)(1)(A)(i), (ii), & (iii)]

On or about October 18, 2023, within the Eastern District of Oklahoma, the defendant, **JORDAN MICHAEL HENSLEY,** did knowingly use, carry, brandish, and discharge a firearm, to wit: a Glock model 48, 9mm caliber pistol bearing serial number BLWG611, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, Assault with the Intent to Commit Murder in Indian Country, as charged in Count Three of this Indictment, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i), (ii), and (iii).

## COUNT TEN

### USE, CARRY, BRANDISH AND DISCHARGE OF A FIREARM DURING AND IN RELATION TO A CRIME OF VIOLENCE
### [18 U.S.C. §§ 924(c)(1)(A)(i), (ii), & (iii)]

On or about October 18, 2023, within the Eastern District of Oklahoma, the defendant, **JORDAN MICHAEL HENSLEY,** did knowingly use, carry, brandish, and discharge a firearm, to wit: a Glock model 48, 9mm caliber pistol bearing serial number BLWG611, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, Assault with a Dangerous Weapon with Intent to Do Bodily Harm in Indian Country, as charged in Count Four of this Indictment, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i), (ii), and (iii).

### FORFEITURE ALLEGATION
### [18 U.S.C. § 924(d) & 28 U.S.C. § 2461(c)]

The allegations contained in Counts One through Ten of this Indictment are hereby re-allegd and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of any of the violations charged in Counts One through Ten of this Indictment involving violations of Title 18, United States Code, Sections 924(c)(1)(A)(i), (ii) and (iii), 924(j), 1111(a), 113(a)(1), 113(a)(3), 1151, and 1153, the defendant, **JORDAN MICHAEL HENSLEY,** shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offenses, including, but not limited to: One (1) Glock model 48, 9mm caliber pistol bearing serial number BLWG611.

A TRUE BILL:

CHRISTOPHER J. WILSON
United States Attorney

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

_____
EDITH A. SINGER, OBA#19439
Assistant United States Attorney

s / Foreperson
FOREPERSON OF THE GRAND JURY